```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

HENRY HERNANDEZ,
      Petitioner,

      v.                                  CIVIL ACTION NO.
                                            14-13183-DPW

ESSEX COUNTY CORRECTION, et al.,
      Respondents.

## MEMORANDUM AND ORDER

For the reasons stated below, this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

## BACKGROUND

On July 31, 2014, petitioner Henry Hernandez, now incarcerated at the Essex County Correctional Facility, filed a one-paragraph "Motion for Writ of Habeas Corpus." See Docket No. 1. The accompanying one-paragraph affidavit states that the correctional facility is violating his Eighth Amendment rights "because they are playing with a mental health patient['s] mind." See Docket No. 2. Petitioner did not pay the filing fee or file a motion seeking leave to proceed in forma pauperis.

By Memorandum and Order dated November 5, 2014, petitioner was advised that if he wishes to proceed with this action, he must either file (1) an Amended Habeas Petition or (2) a Complaint accompanied by an Application to Proceed in District Court Without Prepaying Fees as well as a certified copy of his inmate account statement.[1] See Docket No. 5.

---

[1]This action was initially assigned to Magistrate Judge Bowler pursuant to the Court's Program for Random Assignment of Civil

The Court's records indicate that petitioner failed to respond to the November 5th Order and the time for doing so expired over three months ago.  On March 24, 2015, this action was randomly reassigned to the undersigned.  See Docket No. 7.

## DISCUSSION

Under Federal Rule of Civil Procedure 41(b), a court may dismiss a claim "for failure of the plaintiff to prosecute or to comply with these rules or any order of the court."  See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962).  This authority flows from a Court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars.  Id. at 629-31.

Having received no response to the November Order, the Court will dismiss this action without prejudice pursuant to Rule 41(b) for failure to follow an order of the Court.

## ORDER

Based upon the foregoing, it is hereby ORDERED that this action be, and it hereby is, DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

| | |
|---|---|
| March 25, 2015 | /s/ Douglas P. Woodlock |
| DATE | DOUGLAS P. WOODLOCK |
| | UNITED STATES DISTRICT JUDGE |

---

Cases to Magistrate Judges.  See Docket.